IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

NAEEM O. BETZ                               *

Plaintiff                                   *

v                                           *     Civil Action Case No. RWT-12-3446

PLAZA RECOVERY INC.                         *
CEO PAUL BRENNAN
                                            *
Defendants
                                          ***

# ORDER

Plaintiff, who is self-represented, filed the above-captioned action on November 21, 2012, together with a motion to proceed in forma pauperis.[1] ECF No. 2. Plaintiff, a resident of the District of Columbia, seeks $20,000 against Defendants, residents of New York, for alleged violations of the Fair Credit Reporting Act ("FCRA"). The claim involves a federal question under 28 U.S.C. § 1331 and jurisdiction is analyzed under 28 U.S.C. § 1391(b).

Federal district courts are courts of limited jurisdiction and "possess only that power authorized by Constitution and statute." *Kokkonen v. Guardian Life Insurance Company of America*, 511 U.S. 375, 377(1994). Under 28 U.S.C. § 1391(b), a civil action that is not founded on diversity of citizenship may be brought only in the judicial district where any of the defendants reside, if all defendants reside in the same State or a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, except as otherwise provided by law. Here, the Defendants alleged to have violated the FCRA are in New York. Thus, the more appropriate venue is the United States District Court for the Southern District of New York.

---

[1] As this court is without jurisdiction, a determination of indigency shall be reserved for the transferee court.

Accordingly, it is this 28 day of November, 2012, by the United States District Court for the District of Maryland, hereby ORDERED that:

1. The Clerk SHALL include a copy of this Order and forthwith TRANSFER the same to the United States District Court for the Southern District of New York, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007-1312 for all further proceedings as may be deemed appropriate by that court;

2. The instant action IS CLOSED; and

3. The Clerk SHALL MAIL a copy of this Order to Plaintiff.

ROGER W. TITUS
UNITED STATES DISTRICT JUDGE